IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 23-29** |
| v. | : | |
| **DAJUAN DANTZLER** | : | |

## ORDER

AND NOW, this 11th day of February 2025, on the government's motion pursuant to Fed. R. Crim. Pro. 48 to dismiss the indictment as to defendant Dajuan Dantzler, the Court finds good cause to grant the motion based upon the defendant's conviction by plea of guilty to charges in the Information filed *under seal* on May 10, 2023 in Criminal No. 23-206; accordingly, the government's motion is GRANTED, as follows:

Counts One and Two of the underlying indictment in Criminal No. 23-29, filed on January 25, 2023, charging the defendant with robbery which interferes with interstate commerce, in violation of 18 U.S.C. § 1951(a) (Count One), and using, carrying, and brandishing a firearm during and in relation to a crime of violence, in violation of 18 U.S.C. § 924(c)(1)(A)(ii) (Count Two), are DISMISSED as to this defendant.

This Order has no impact on the counts contained in the Superseding Indictment under this same docket number (Criminal No. 23-29), filed on June 21, 2023, charging Rodney Whiting and Lance Ryan in Counts One through Nine.

BY THE COURT:

S/ WENDY BEETLESTONE

_____
HONORABLE WENDY BEETLESTONE
Judge, United States District Court